JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REYES GONZALEZ, JR., <br><br>           Petitioner, <br><br>   v. <br><br> C. PFEFFER, <br><br>           Respondent. | CASE NO. CV 20-01679-JLS (AS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: September 13, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE